UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1012(DSD/JMM)

Susan Howe,

Plaintiff,

v. **ORDER OF REFERENCE**

PDHC Limited,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to dismiss which has been filed in this matter. Any such motion shall be heard before Magistrate Judge John M. Mason.

Dated: July 16, 2001

David S. Doty, Judge
United States District Court

FILED 7-16-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______