UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUSAN HOWE CIVIL NO. 01-1012 (DSD/JMM)

Plaintiff,

v. ORDER

PDHC LIMITED,
d/b/a Park Dental,

Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated August 22, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that the Motion to Dismiss Count II of the Complaint is granted, and that said Count II be dismissed unless, on or before September 7, 2001, Plaintiff serves upon Defendant and files with the Clerk of Court an Amended Complaint in accordance with this Report and Recommendation.

Dated: 9/10/01

DAVID S. DOTY
United States District Court Judge

FILED 9-10-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______