UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUSAN HOWE,

Plaintiff,

v.

PDHC LIMITED, d/b/a Park Dental,

Defendant.

CIVIL NO. 01-1012 (DSD/JMM)

## ORDER FOR PRETRIAL AND SETTLEMENT CONFERENCE

A pretrial and settlement conference will be held in the above-referenced matter on December 10, 2001 at 2:00 p.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before Magistrate Judge John M. Mason.

Counsel who will actually try the case shall be present. Each party shall also be present. A duly authorized officer or managing agent of Defendant shall be present. If an insurance company is involved, the responsible agent must be present. See 28 U.S.C. § 473(b)(5); Rule 16(c) of the Federal Rules of Civil Procedure; and Local Rule 16.1(c). Availability by telephone is not acceptable. Each party present shall have full settlement discretion, including the unlimited power to change that party's settlement posture during the course of the conference.

Trial counsel shall meet in person with one another on or before November 30, 2001 to seek to achieve an agreement to resolve this dispute. If complete agreement is not reached, each attorney shall deliver to chambers on or before December 3, 2001, a letter which shall include (1) a concise analysis of each remaining liability issue, with citations to relevant authority; (2) a reasoned, itemized computation of each element of the alleged damages, with a concise summary of the testimony of each witness who will testify in support of the damage computations; and (3) a statement of the parties' respective settlement positions at the conclusion of the meeting, as well as any additional information believed to be helpful to the process of reaching agreement. This letter is for the Court's use only and should not be served on opposing counsel.

Dated: September 12, 2001

[signature]
JOHN M. MASON
United States Magistrate Judge

FILED SEP 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500