**Exhibit "A"**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil No. 01-1012 (DSD/JMM)

**SUSAN HOWE,**

Plaintiff,

vs.

**PDHC, LTD., d/b/a PARK DENTAL;**

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by their respective counsel, that this action, having been amicably resolved, is hereby dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

Dated: 12/27, 2001

Marshall H. Tanick (#108303)
Teresa J. Ayling (#157478)
MANSFIELD, TANICK & COHEN, P.A.
900 Second Avenue South
Suite 1560
Minneapolis, MN 55402
(612) 339-4295

ATTORNEYS FOR PLAINTIFF
SUSAN HOWE

FILED 1-8-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Dated: January 2, 2002

Richard A. Ross (MN I.D. #181791)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7022

ATTORNEYS FOR DEFENDANT
PDHC, Ltd., d/b/a PARK DENTAL,

**ORDER**

**BASED ON THE FOREGOING:**

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

Dated: 1/7/02

Honorable David S. Doty
United States District Court Judge

::ODMA\PCDOCS\FBDOCS1\2592629\1

**Please forward this announcement to the recipient of this fax.**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500